# UNITED STATES DISTRICT COURT

for the

District of South Carolina

| | |
|---|---|
| In the Matter of the Search of<br><br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>PETER ANTHONY STIEBEL<br>(in custody with the United States Marshals Service) | )<br>)<br>)<br>)<br>)<br>)    Case No. *Ce:20-cr-549-KFM* |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

PETER ANTHONY STIEBEL, who is currently in federal custody with the United States Marshals Service.

located in the _____ District of _____South Carolina_____ , there is now concealed *(identify the person or describe the property to be seized)*:

DNA, collected through saliva, collected from PETER ANTHONY STIEBEL who is currently in custody with the United States Marshals Service

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

- ☑ evidence of a crime;
- ☐ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2312 | Interstate Transportation of Stolen Vehicles |
| 18 U.S.C. 2314 | Interstate Transportation of Stolen Goods |

The application is based on these facts:
See attached affidavit.

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days *(give exact ending date if more than 30 days: _____ )* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet. *Appeared & sworn by telephone*

*Matt Jacobson*
*Applicant's signature*

FBI Special Agent Matt Jacobson
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
_____Telephone_____ *(specify reliable electronic means)*

Date: __Sept. 9, 2020__

*Judge's signature*

City and state: Greenville, South Carolina

Kevin F. McDonald, United States Magistrate
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

IN THE MATTER OF THE SEARCH OF

**PETER ANTHONY STIEBEL (in custody with the United States Marshals Service)**

Case No. 6:20-cr-549-KFM

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A SEARCH WARRANT

I, Special Agent Matt Jacobson, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.     I am a Special Agent with the Federal Bureau of Investigation (FBI), United States Department of Justice, and I have served in that capacity since September 2015. As a Federal Agent, your Affiant is authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States. In the performance of my duties, I have led, conducted, and participated in numerous investigations pertaining primarily to violations of federal law involving health care fraud, complex financial crimes, human trafficking, bank robberies and other violent crimes. Since 2007, I have held a license as a Certified Public Accountant in the State of Iowa.

2.     The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

1

3.    I make this affidavit in support of an Application for a search warrant to obtain DNA samples from Peter Stiebel (DOB 4/**/1961; SSN ***-*5-9314; ALT SSN: ***-*5-9364) ("Subject Sample"), in the form of buccal (inside cheek) DNA swabs. Stiebel is currently being held at Spartanburg County Detention Center, located at 950 California Ave, Spartanburg, South Carolina (SC). As set forth in more detail below, there is probable cause to believe Stiebel has committed violations of Title 18, United States Code, Sections 2312 (Transportation of stolen vehicles) and 2314 (Transportation of stolen goods, securities, moneys, fraudulent State tax stamps, or articles used in counterfeiting), and that a DNA sample will provide evidence of these violations.

## PROBABLE CAUSE

4.    The FBI Greenville Resident Agency, hereinafter FBI Greenville, is conducting an investigation into a series of vehicle and heavy machinery thefts which have occurred throughout the United States from approximately May 2017 through October 2018. This case was referred to FBI Greenville by Greenville County Sheriff's Office (GCSO) Property Crimes Division.

5.    On October 15, 2018, Spartanburg County Sheriff's Office (SCSO) responded to Penske Truck Rental, located in Spartanburg, SC, in response to the theft of two commercial trucks which had occurred sometime over the weekend (October 13 – 14). These vehicles contained active GPS devices for loss prevention purposes and were identified as the following vehicles:

2015 Freightliner X12564ST, VIN 3AKJGEDV6FSGB7215
2014 International Prostar, VIN 3HSDJAPR4EN797254

6.    On the same date, October 15, 2018, GCSO responded to a different theft which occurred over the weekend (October 13 – 14) at Greenville Tractor Company, located at 2207 N Pleasantburg Drive Greenville, SC. Multiple heavy machinery items and other equipment were

2

identified as being stolen as part of this theft.

7.     On October 15, 2018, the 2014 International Prostar (VIN x7254) was recovered by law enforcement in the Phenix City, Alabama area. Phenix City Police Department found this truck abandoned on the side of the road. During a search of this vehicle, a Florida driver's license belonging to Victor Raynard Butler Jr., DOB 7/**/1984, was recovered.

8.     On October 16, 2018, the second stolen Penske truck (VIN x7215) was recovered in Union City, Georgia (GA) by the Union City Police Department and the Georgia Bureau of Investigation (GBI). The trailer was searched and was found to contain the following heavy equipment items, which had been previously reported as stolen by Greenville Tractor Company:

- 1 FAE Mulcher DMLHY125VT, Serial Number 170965
- 4 CID TAKBT81 Buckets
- 2 CID HOFF Forks
- 1 CID Root 72" Grapple, Serial Number 130391
- 1 Kubota SVL75-2HW, Serial Number 35610
- 1 Kubota SVL95-2SHC, Serial Number 41979
- 1 Kubota SVL95-2SHFC, Serial Number 42120
- 1 Kubota SVL75-2HFWC, Serial Number 37647

9.     GPS location data of both stolen Penske trucks was provided to law enforcement by Penske's corporate office. A review of the location data of both trucks indicates these two vehicles traveled from the Spartanburg, SC area, to Greenville, SC, to include the location of Greenville Tractor Company, and then southbound on Interstate-85 to GA. Both vehicles made a stop at a Citgo gas station located on White Horse Road in Greenville, SC. Citgo security film footage was reviewed by GCSO and screenshots of three black male subjects from this video were taken.

3

10.    On October 29, 2018, a 2018 International LT truck reported stolen from a dealership located in Jefferson Parish, Louisiana, was located by law enforcement in Talbotton, GA. Georgia Bureau of Investigation (GBI) assisted Talbotton Police Department in the arrests of the three black male individuals in possession of this stolen truck, identified as Victor Raynard Butler Jr., previously identified, Shae Javar Smith, and Peter Anthony Stiebel. The trailer attached to this stolen truck contained Kubota machinery which had been reported stolen from Lee Tractor, a victim in Louisiana.

11.    Each subject's cellular phone acquired during this arrest was examined pursuant to a search warrant and historical GPS/location data was obtained from these devices. An analysis of this location data was compared to the GPS data previously provided by Penske for the stolen trucks from Spartanburg, SC. According to this analysis, it was determined that each subject's phone location data points coincided with GPS data from the two stolen Penske trucks.

12.    During this investigation it was discovered that similar theft incidents were reported by Hanover County Sheriff's Office (HCSO), located in Virginia (VA), in or around May 2017. According to incident reports, HCSO responded to a suspicious vehicle at White Oak Equipment, located at 11243 Washington Highway, Ashland, VA. A white flatbed truck was seen on security cameras entering the front gate of the business. Officers arrived on scene to find a white Volvo truck with a flatbed trailer parked in the rear lot, backed up to a loading dock. Located on the loading dock was an idling Kubota mini excavator with the door open. A second Kubota was located nearby also with an open door. HCSO did not locate any suspects. HCSO obtained certain items from these vehicles, to include burglary tools, a Brisk Iced Tea bottle, and a key ring containing two Kubota keys, among other items.

13.     HCSO collected DNA swabs from the tea bottle and other items collected from the vehicle. This DNA evidence was submitted by HCSO to the Virginia State Lab for analysis.

14.     HCSO received a complaint from victim Triton Group that a truck and trailer had been stolen off their property. It was determined by HCSO that the stolen vehicles reported by Triton Group matched the vehicles found at the attempted theft of White Oak Equipment.

15.     HCSO received the results of the DNA analysis from the Virginia State Lab. According to the Certificate of Analysis provided by the Lab, a search of the DNA profile developed from the Brisk Iced Tea bottle was matched to an individual DNA profile located in the Federal DNA Data Bank. This individual was identified as the following:

Name: Peter A. Stiebel

FBI#: ****68T9

SSN: ***-*5-9364

Alien#: *****8510

BOP# 49982-053

Date of Birth: 04/**/1961

Race: African-American

Gender: Male

16.     The Certificate of Analysis provided by the Lab further recommended that in order to complete the direct DNA comparison, two buccal (cheek) swabs from Peter A. Stiebel must be submitted to the Laboratory.

**SEARCH**

17.     Based on my training and experience, DNA/buccal swabs will be obtained by swabbing the inside of Stiebel's mouth, specifically, the lining of his cheek, a minimally invasive procedure. To ensure successful tests, law enforcement officers executing the requested warrant would obtain multiple samples from each cheek. From my experience, I know that this procedure should last no more than a few minutes and creates no likelihood of physical harm, trauma or pain. The DNA sample will be obtained by personnel of the FBI who are experienced in such matters. After collection, the samples will be placed in sealed containers and submitted to the FBI Laboratory for testing and comparison to the DNA analysis previously completed by the State of Virginia.

**CONCLUSION**

18.     Based on the forgoing, I submit that there is probable cause to believe that a violation of Title 18, United States Code, Sections 2312 (Transportation of stolen vehicles) and 2314 (Transportation of stolen goods, securities, moneys, fraudulent State tax stamps, or articles used in counterfeiting) has occurred. I further submit that there is probable cause to believe that obtaining buccal swabs from Stiebel will provide evidence of this violation. I therefore respectfully request that a search warrant be issued authorizing the search and seizure of DNA samples from Stiebel.

(SIGNATURES ON FOLLOWING PAGE)

*Appeared & sworn by telephone*

Respectfully submitted,

*Matt Jacobson*
_____
Special Agent Matt Jacobson
Federal Bureau of Investigation

SWORN TO ME VIA TELEPHONE OR
OTHER RELIABLE ELECTRONIC MEANS
AND SIGNED BY ME PURSUANT TO
FED. R. CRIM. P. 4.1 AND 4(d) OR 41(d)(3),
AS APPLICABLE

This ___9___ day of September, 2020
Greenville, South Carolina

_____
Kevin F. McDonald
United States Magistrate Judge
District of South Carolina