AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means    ☐ Original    ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )    Case No. 6:20-549-KFM
)
PETER ANTHONY STIEBEL )
(in custody with the United States Marshals Service) )

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of _____ South Carolina _____
*(identify the person or describe the property to be searched and give its location)*:

PETER ANTHONY STIEBEL, who is currently in federal custody with the United States Marshals Service.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

DNA, collected through saliva, collected from PETER ANTHONY STIEBEL who is currently in custody with the United States Marshals Service

**YOU ARE COMMANDED** to execute this warrant on or before _____ September 22, 2020 _____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ Kevin F. McDonald _____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:  Sept. 9, 2020  2:45 pm.    _____
                                                    *Judge's signature*

City and state:    Greenville, South Carolina    Kevin F. McDonald, United States Magistrate
                                                    *Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed: 9/10/20 | Copy of warrant and inventory left with: N/A |

Inventory made in the presence of:
SUBJECT - PETER STIEBEL

Inventory of the property taken and name(s) of any person(s) seized:

(2) DNA SWABS - CHEEK COLLECTED FROM PETER STIEBEL

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 9/10/20

*Executing officer's signature*

SA MATT JACOBSON - FBI
*Printed name and title*